UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROLANDO ROJAS and EVA BATEN BATEN, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

                Plaintiffs,

  v.

ALPHA WASTE SOLUTIONS, LLC, and GEORGI MARTE,

                Defendants.

**Case No.**: 1:22-cv-07938

**[PROPOSED]
RULE 68 JUDGMENT**

---

     **WHEREAS,** pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants ALPHA WASTE SOLUTIONS, LLC, and GEORGI MARTE (collective "Defendants"), having offered Plaintiffs ROLANDO ROJAS and EVA BATEN BATEN ("Plaintiffs") to take a judgment against them, in the sum of Seventeen Thousand ($17,000.00), inclusive of legal fees, with respect to Plaintiffs' individual claims against Defendants in their Complaint in the above captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 31, 2023, and filed as Exhibit A to Docket Number 31;

     **WHEREAS,** on August 31, 2023, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 31);

     It is **ORDERED, ADJUDGED, AND DECREED,** that judgment is entered in favor of Plaintiffs ROLANDO ROJAS and EVA BATEN BATEN, in the sum of $17,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 31, 2023 and filed as Exhibit A to Docket Number 31. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2023
      New York, New York                                                           Hon. J. Paul Oetken, U.S.D.J.